[No. 11666-9-II.   Division Two.   July 10, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. JEFFREY
RAYMOND ALLEN, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 87-1-00926-2, J. Dean Morgan, J., entered
December 15, 1987. *Affirmed* by unpublished opinion per
Green, J., concurred in by Thompson, C.J., and Shields, J.

[No. 11519-1-II.   Division Two.   July 10, 1989.]

DONALD W. ROBERTS II, *Appellant,* v. THE SUPERIOR COURT
FOR CLALLAM COUNTY, *Respondent.*

Appeal from a judgment of the Superior Court for Clal-
lam County, No. 87-2-00581-2, William E. Howard, J.,
entered November 3, 1987. *Affirmed* by unpublished opin-
ion per Munson, J., concurred in by Thompson, C.J., and
Shields, J.

[No. 11991-9-II.   Division Two.   July 10, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. ALBERT WAYNE
JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 83-1-01953-4, Waldo F. Stone, J., entered
May 5, 1988. *Affirmed* by unpublished opinion per Munson,
J., concurred in by Thompson, C.J., and Green, J.

[No. 11819-0-II.   Division Two.   July 10, 1989.]

A. LARRY GRAYSON, ET AL, *Appellants,* v. R.R. "BUD"
BUDZISZEWSKI, *Respondent.*

Appeal from a judgment of the Superior Court for Lewis
County, No. 86-2-00327-2, David R. Draper, J., entered
February 12, 1988. *Affirmed* by unpublished opinion per
Munson, A.C.J., concurred in by Green and Shields, JJ.